UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT WHITE,

                          Plaintiff,

            -against-

RIKERS ISLAND DOC; BOB BARKER
COMPANY INC.,

                          Defendants.

25-cv-6406 (LLS)

CIVIL JUDGMENT

        For the reasons stated in the October 16, 2025, order, this action is dismissed for failure to state a claim on which relief may be granted.

SO ORDERED.

  Dated:    December 23, 2025
            New York, New York

                                    /s/ Louis L. Stanton
                                      LOUIS L. STANTON
                                    United States District Judge